

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:05-CR-421-RLH-GWF |
| vs. | ) |
| CAROLYN FAYE MORGAN, | ) |
| Defendant. | ) |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#12) on March 20, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: U.S. Postal Service
**Total Amount of Restitution Ordered:** $4,875.00

Dated this _17_ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE